UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN H., on his own behalf and on behalf of his minor child, J.H.,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLINE PUBLIC SCHOOLS; and LORI McEWEN,<br><br>Defendants. | C26-2388 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion for pseudonymity, docket no. 2, is GRANTED, and plaintiff may continue to litigate this matter by the pseudonym "Jonathan H.," subject to further order of the Court. *See Int'l Partners for Ethical Care Inc. v. Inslee*, No. 23-cv-5736, 2023 WL 7017765, at *1 (W.D. Wash. Oct. 25, 2023) (allowing parents to use pseudonyms because their children's identities could be "readily surmised" from the parents' actual names).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of August, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk