UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN H., on his own behalf and on behalf of his minor child, J.H.,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLINE PUBLIC SCHOOLS; and LORI McEWEN,<br><br>Defendants. | C26-2388 TSZ<br><br>ORDER |

The parties having advised the Court that they have reached a settlement in principle, *see* Joint Notice (docket no. 29), and this matter involving the claims of a minor, the Court hereby ORDERS as follows:

(1) The trial date and all related dates and deadlines set forth in the Minute Order entered September 14, 2026, docket no. 28, are STRICKEN;

(2) Within fourteen (14) days of the date of this Order, the parties shall file a Joint Status Report indicating whether the Court should appoint a guardian ad litem to investigate and provide a report concerning the adequacy of the offered settlement; *see* Local Civil Rule 17(c);

(3) Pursuant to the parties' stipulation, docket no. 29, plaintiff's claims against defendant Lori McEwen, Vice Principal at Sylvester Middle School in Burien, are hereby DISMISSED **without** prejudice and **without** costs; and

(4) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 23rd day of November, 2026.

Thomas S. Zilly
United States District Judge